**Fill in this information to identify the case**

United States Bankruptcy Court for the:

Northern                    _District of_   Texas
                                            (State)

Case number (*If known*): _____   Chapter   11

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | CHC Group Ltd. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | See Schedule 1 |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 98-0587405 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| One Capital Place, 3rd Floor | 600 East Las Colinas Blvd., 10th Floor |
| Number          Street | Number          Street |
| Shedden Road, Grand Cayman | |
| | P.O. Box |
| Cayman Islands      KY1-1110 | Irving, TX 75039 |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number          Street |
| | City          State      ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.chc.ca |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: |

Debtor   CHC Group Ltd.
Name
Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4812

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes   District _____ When _____ Case number _____

MM/ DD/ YYYY

District _____ When _____ Case number _____

MM / DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1,

☐ No

☒ Yes   Debtor   See Schedule 2   Relationship   Affiliates

District   Northern District of Texas   When   05/05/2016

MM / DD/ YYYY

Case number, if known   _____

Debtor  CHC Group Ltd.
_____          Case number (if known) _____
Name

attach a separate list.

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒  No

☐  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**
_____
Number          Street

_____
City          State          ZIP Code

**Is the property insured?**
☐  No

☐  Yes. Insurance agency _____
Contact Name _____
Phone _____

---

| | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    CHC Group Ltd.
      Name

Case number (if known)

---

**16. Estimated liabilities**

   (on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and  correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     <u>05/05/2016</u>
                       MM / DD / YYYY

✗    <u>/s/ Robert A. Del Genio</u>               <u>Robert A. Del Genio</u>
       Signature of authorized representative of debtor       Printed name

       <u>Chief Restructuring Officer</u>
       Title

---

**18. Signature of attorney**

✗    <u>/s/ Stephen A. Youngman</u>     Date     <u>05/05/2016</u>
       Signature  of attorney for  debtor                     MM / DD / YYYY

       <u>Stephen A. Youngman</u>
       Printed Name

       <u>Weil, Gotshal & Manges LLP</u>
       Firm Name

       <u>200 Crescent Court, Suite 300</u>
       Number        Street

       <u>Dallas</u>               <u>TX</u>          <u>75201</u>
       City                   State         ZIP Code

       <u>(214) 746-7700</u>           <u>stephen.youngman@weil.com</u>
       Contact phone             Email address

       <u>22226600</u>           <u>TX</u>
       Bar Number           State

---

CHC Group Ltd.

## **Schedule 1**

### All Other Names Used By the Debtor or Its Affiliates in the Last 8 Years

| Entity | Previous Name(s) |
|---|---|
| CHC Group Ltd. | FR Horizon Holding (Cayman) Inc. |
| CHC Global Operations (2008) ULC | CHC Global Operations (2008) Inc. |
| CHC Global Operations Canada (2008) ULC | CHC Global Operations Canada (2008) Inc. |
| CHC Global Operations International ULC | CHC Global Operations International Inc. |
| CHC Helicopter Australia Pty Ltd | Lloyd Off-Shore Helicopters Pty. Ltd. |
| CHC Helicopter Holding S.à r.l. | CHC Helicopter LLC<br>CHC Helicopter Corporation |
| CHC Helicopter S.A. | CHC Helicopter S.à r.l. |
| CHC Holding (UK) Limited | Canadian Helicopters (UK) Limited |
| CHC Leasing (Ireland) Limited | Justinvale Limited |
| Heli-One Canada ULC | Heli-One Canada Inc.<br>6976972 Canada Inc. |
| Heli-One Leasing ULC | Heli-One Leasing Inc. |

CHC Group Ltd.

## Schedule 2

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| CHC Group Ltd. |
| 6922767 Holding SARL |
| Capital Aviation Services B.V. |
| CHC Cayman ABL Borrower Ltd. |
| CHC Cayman ABL Holdings Ltd. |
| CHC Cayman Investments I Ltd. |
| CHC Den Helder B.V. |
| CHC Global Operations (2008) ULC |
| CHC Global Operations Canada (2008) ULC |
| CHC Global Operations International ULC |
| CHC Helicopter (1) S.à r.l. |
| CHC Helicopter (2) S.à r.l. |
| CHC Helicopter (3) S.à r.l. |
| CHC Helicopter (4) S.à r.l. |
| CHC Helicopter (5) S.à r.l. |
| CHC Helicopter Australia Pty Ltd |
| CHC Helicopter Holding S.à r.l. |
| CHC Helicopter S.A. |
| CHC Helicopters (Barbados) Limited |
| CHC Helicopters (Barbados) SRL |
| CHC Holding (UK) Limited |
| CHC Holding NL B.V. |
| CHC Hoofddorp B.V. |
| CHC Leasing (Ireland) Limited |

CHC Group Ltd.

| Company |
| --- |
| CHC Netherlands B.V. |
| CHC Norway Acquisition Co AS |
| Heli-One (Netherlands) B.V. |
| Heli-One (Norway) AS |
| Heli-One (U.S.) Inc. |
| Heli-One (UK) Limited |
| Heli-One Canada ULC |
| Heli-One Holdings (UK) Limited |
| Heli-One Leasing (Norway) AS |
| Heli-One Leasing ULC |
| Heli-One USA Inc. |
| Heliworld Leasing Limited |
| Integra Leasing AS |
| Lloyd Bass Strait Helicopters Pty. Ltd. |
| Lloyd Helicopter Services Limited |
| Lloyd Helicopter Services Pty. Ltd. |
| Lloyd Helicopters International Pty. Ltd. |
| Lloyd Helicopters Pty. Ltd. |
| Management Aviation Limited |

**CHC Group Ltd.**

**MINUTES OF THE TELEPHONIC MEETING OF THE BOARD OF DIRECTORS OF THE COMPANY ON MAY 4, 2016**

| | |
|---|---|
| **Present:** | John Krenicki Jr. (Chairman) |
| | Juan Diego Vargas |
| | Robert C. Volpe |
| | Dod E. Wales |
| | John A. McKenna Jr. |
| | William G. Schrader |
| | Karl Fessenden |
| | Nathan K. Sleeper |
| | |
| **Absent:** | None |

CONSTITUTION OF THE MEETING

The Chairman noted that a quorum of the directors of CHC Group Ltd. (the "***Company***") was present in person or by proxy or alternate and that all directors had agreed to waive notice of the meeting in accordance with the Company's Memorandum and Articles of Association. Accordingly the Chairman declared the meeting duly constituted.

CONFLICTS OF INTEREST

Karl Fessenden gave general notice for the record that he was an employee and/or officer of the Company and various of its subsidiaries and affiliates and should be regarded as interested accordingly in any transaction involving the Company and its affiliates.

COMMENCEMENT OF CHAPTER 11 CASE

IT WAS RESOLVED, that in the judgment of all of the directors (the "***Board***") of the Company, having received and considered advice from the Company's legal and financial advisors, it is desirable and in the best interests of the Company and its creditors, employees, and other stakeholders and interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***");

FURTHER RESOLVED, that Karl Fessenden, Hooman Yazhari, Lee Eckert, Nicolas Stable, Robert A. Del Genio, any of the directors and

officers of the Company as listed on the Company's register of directors and officers, and any other person designated and so authorized to act (each, an "***Authorized Officer***") be, and each of them hereby is, empowered, authorized, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas (the "***Bankruptcy Court***") at such time that the Authorized Officer executing the same shall determine;

RETENTION OF ADVISORS

FURTHER RESOLVED, that the law firm of Weil, Gotshal & Manges LLP is hereby employed as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the law firm of Debevoise & Plimpton LLP is hereby employed as special aircraft counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of PJT Partners LP is hereby employed as investment banker for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of Seabury Corporate Advisors LLC is hereby employed as financial advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of CDG Group, LLC is hereby employed as restructuring advisor, and Robert A. Del Genio appointed as Chief Restructuring Officer for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that Kurtzman Carson Consultants LLC is hereby employed as (i) claims and noticing agent, and (ii) administrative agent for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed to execute and file in the Company's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, including, without limitation, negotiating and obtaining debtor in possession

2

financing and/or the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such debtor in possession financing and/or use of cash collateral, with a view to the successful prosecution of such case;

## SUBSIDIARY APPROVALS

FURTHER RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of certain of the Company's direct and indirect subsidiaries for such entities to take any and all action, including authorizing the filing of chapter 11 petitions in the Bankruptcy Court, and to execute and deliver all documents, agreements, motions and pleadings as are necessary, proper, or desirable to enable such entities to carry out the filing in the Bankruptcy Court contemplated hereby, including granting any director, officer, or other authorized representative as applicable according to local law, the authority to take action in support thereof;

## GENERAL AUTHORIZATION AND RATIFICATION

FURTHER RESOLVED, that any Authorized Officer be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case; and

FURTHER RESOLVED, that any and all past actions heretofore taken by any Authorized Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

## TERMINATION OF THE MEETING

There being no further business, the Chairman declared the meeting closed.

*[Signature appears on the following page]*

3

Dated: May 4th, 2016

_____

John Krenicki Jr.

Official Form 201A (12/15)

Stephen A. Youngman (22226600)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Gary Holtzer (*pro hac vice* pending)
Kelly DiBlasi (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

------------------------------------------------------------- x
                                                              :
*In re:*                                                      :         **Chapter 11**
                                                              :
**CHC GROUP LTD.** *et al.,*                                  :         **Case No. 16– _____ (     )**
                                                              :
                                                              :
    **Debtors.**                                              :         **(Joint Administration Requested)**
                                                              :
------------------------------------------------------------- x

### Attachment to Voluntary Petition for Non-Individuals Filing for
### Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **001-36261**

2.  The following financial data is the latest available information and refers to the debtor's condition on **January 31, 2016**          .

|   |   |   |
|---|---|---|
| a. | Total assets | $2,169,903,000 |
| b. | Total debts (including debts listed in 2.c., below) | $2,190,379,000 |
| c. | Debt securities held by more than 500 holders | |

| | | | | Approximate number of holder |
|---|---|---|---|---|
| secured ☒ | unsecured ☐ | subordinated ☐ | $1,007,245,000 | 52 |
| secured ☐ | unsecured ☒ | subordinated ☐ | $94,732,000 | 24 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

|   |   |   |
|---|---|---|
| d. | Number of shares of preferred stock | 657,223 |
| e. | Number of shares common stock | 2,721,468 |

Comments, if any: _____
_____
_____

3.  Brief description of debtor's business:  _____

CHC Group Ltd., along with its debtor and non-debtor subsidiaries ("**CHC**"), is a global provider of helicopter services, including offshore transport, search and rescue, emergency medical services, and other ancillary services.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Clayton, Dubilier & Rice

First Reserve Management, L.P.

**Fill in this information to identify the case:**

Debtor name  CHC Group Ltd.

United States Bankruptcy Court for the:  ___Northern___ District of _Texas_
(State)

Case number (if known): _____

☐ Check if this an
amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code[2] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Name: International Corporate Trust Address: The Bank of New York Mellon 101 Barclay Street, Floor 4 East, New York, NY 10286 | Name: The Bank of New York Mellon Phone: - (412) 234-5000 Fax: - Email: - | Unsecured Notes | Liquidated | | | $98,432,780 |
| 2  Name: McGrigors Pension Trustees Limited Address: 141 Bothwell Street, Glasgow, G2 7EQ | Name: Ian Gordon Phone: 44 (0)141 567 8401 Fax: - Email: - | Pensions | Liquidated | | | $66,440,996 |
| 3  Name: Martello Property Services Inc. Address: 200-808 West Hastings Street, Vancouver, BC, V6C 2X4 | Name: Martello Property Services Inc. Phone: 604-681-6544 Fax: 604-681-5114 Email: - | Lease Financing Facility | Liquidated | | | $26,586,212 |
| 4  Name: Finmeccanica S.P.A. Helicopters Div. Address: Warranty Administration Dept Via Per Tornavento  15 21019 Somma Lombardo (Va) | Name: Finmeccanica S.P.A. Helicopters Div. Phone: 00390331711288 Fax: 00390331711377 Email: daniele.romiti@finmeccanica.com | Trade | Liquidated | | | $4,956,652 |
| 5  Name: Airbus Helicopters Address: Aeroport International Marseille Province Fr-13725 Marignane Cedex | Name: Airbus Helicopters Phone: 003342858585 Fax: 003342859996 Email: guillaume.faury@airbus.com | Trade | Disputed | | May be subject to asserted setoff | $4,145,055 |
| 6  Name: Sikorsky Commerical Inc. (HSI) Address: P.O. BOX 111068 Trumbull, CT 06611-0868 | Name: Sikorsky Commerical Inc. (HSI) Phone: 203-416-4000 Fax: 203-416-4291 Email: danielschultz@sikorsky.com | Trade | Disputed | | May be subject to asserted setoff | $3,076,829 |

[1] Although certain secured creditors may have unsecured deficiency claims depending on the value of their collateral, such a determination has not been made at this time.  Therefore, such creditors are not included on this list.

[2] This List of Creditors Who Have the 30 Largest Unsecured Claims is presented on a consolidated basis for each of the Debtors.

| Name of creditor and complete mailing address, including zip code[2] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | |
|---|---|---|---|---|---|
| 7 Name: Coface – Parilease SAS Address: 16 rue de Hanovre Paris 75002 France | Name: Coface – Parilease SAS Phone: +33 1 43 16 86 52 Fax: +33 1 4298 1203 Email: | Lease | Unliquidated | May be subject to asserted setoff | $2,197,611 |
| 8 Name: CAE Address: 2025 Logistics Drive Mississauga  Ontario L5S 1Z9 L5S 1Z9 Canada CA L5S 1Z9 | Name: CAE Phone: - 905-672-8650 Fax: 514-734-5682 Email: nelson.camacho@cae.com | Services | Unliquidated Disputed | May be subject to asserted setoff | $2,132,219 |
| 9 Name: Waypoint Asset Company (Ireland) Ltd Address: 25/28 North Wall Quay Dublin 1 Ireland IE | Name: Waypoint Asset Company (Ireland) Ltd Phone: +353 61 633333 Fax: +353 61 633334 Email: - | Trade; Lease | Unliquidated | May be subject to asserted setoff | $1,320,087 |
| 10 Name: Turbomeca Address: Technopole Izarbel Bp4 64210 Bidart, France | Name: Turbomeca Phone: - +(33) 5 59 12 50 72 Fax: - 0033559125491 Email: bruno.even@turbomeca.fr | Trade | Unliquidated | | $1,185,968 |
| 11 Name: TMC International Ltd Address: 2-1-15 Hiroo Shibuya-ku JP-Tokyo 150-0012 Japan | Name: TMC International Ltd Phone: +81-3-3400-5188 Fax: +81-3-5778-4888 Email: - | Services | Unliquidated | | $1,048,444 |
| 12 Name: Milestone Aviation Group Address: Block 4  The Harcourt Centre Harcourt Road Dublin 2 Ireland | Name: Milestone Aviation Group Phone: - +353 1 216 5700 Fax: - Email: - | Trade; Lease | Unliquidated | May be subject to asserted setoff | $1,020,158 |
| 13 Name: Ruag Switzerland Ltd Address: Ruag Aviation Seetalstrasse 175 Ch-6032 Emmen | Name: Ruag Switzerland Ltd Phone: 0041416725050 Fax: 0041416725051 Email: - | Trade | Liquidated | | $920,051 |
| 14 Name: Lombard North Central Plc Address: Lombard House, The Waterfront, Elstree Road Elstree, Hertfordshire WD6 3BS United Kingdom | Name: Lombard North Central Plc Phone: +44 (0) 208 236 7827 Fax: +44 207 672 4006 Email: - | Lease | Unliquidated | May be subject to asserted setoff | $777,578 |
| 15 Name: Sandycove Aviation Limited Address: c/o LCI Helicopters Ireland Ltd 41 Forbes Quay Sir John Rogersons Quay Dublin 2 Ireland IE | Name: Sandycove Aviation Limited Phone: - Fax: - Email: - | Lease | Unliquidated | May be subject to asserted setoff | $710,371 |
| 16 Name: GE Capital Equipment Finance Ltd Address: 2630 The Quadrant Aztec West Bristol Bristol BS32 4GQ GB BS32 4GQ | Name: GE Capital Equipment Finance Ltd Phone: 00448702418899 Fax: - Email: - | Trade; Lease | Unliquidated | May be subject to asserted setoff | $686,416 |
| 17 Name: SACE Lenders - BNP Paribas Address: 21, place du Marche Saint-Honore Paris 75001 France | Name: SACE Lenders - BNP Paribas Phone: +33 1 43 16 86 52 Fax: - +33 1 4316 8184 Email: - | Lease | Unliquidated | May be subject to asserted setoff | $503,623 |
| 18 Name: SpareBank1 Address: Sjogata 8, 9008 Tromso, PO Box 6801, Langes Tromso 9298 Norway | Name: SpareBank1 Phone: +47 7762 2372 Fax: - +47 7762 2371 Email: - | Lease | Unliquidated | May be subject to asserted setoff | $413,085 |
| 19 Name: 1027098 BC Ltd. Address: 1376 Sea Lover's Lane, Gabriola, BC, Canada V0R 1X5 | Name: 1027098 BC Ltd. Phone: - 1-250-247-9594 Fax: - Email: - | Services | Liquidated | | $390,000 |

| Name of creditor and complete mailing address, including zip code[2] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | |
|---|---|---|---|---|---|
| 20 | Name: Precision Accessories & Instruments Address: 495 Lake Mirror Road Building 800 Suite G Atlanta, GA 30349 | Name: Precision Accessories & Instruments Phone: 0014047675800 Fax: 0014047675900 Email: - | Trade | Liquidated | | $379,316 |
| 21 | Name: Saga Gabon S.A. Address: Z.P.D. Owendo Bp72 Libreville Gabon Gabon  Ga | Name: Saga Gabon S.A. Phone: 241-702082 Fax: 241-701207 Email: - | Trade | Liquidated | | $368,164 |
| 22 | Name: Regent Tanzania Ltd. Address: P.O. Box 10311 964 Olympio Street Upanga Dar - ES - Salaam Dar - ES - Salaam Tanzania TZ | Name: Regent Tanzania Ltd. Phone: -+255 784 540060 Fax: - 255 22 2153 297 Email: - | Services | Contingent; Unliquidated; Disputed | | $367,147 |
| 23 | Name: Lobo Leasing SPV A Limited Address: Alexandra House The Sweepstakes  Ballsbridge Dublin 4 Ireland IE | Name: Lobo Leasing SPV A Limited Phone: - +353 1 253 0460 Fax: - Email: - | Trade; Lease | Unliquidated | May be subject to asserted setoff | $314,312 |
| 24 | Name: Airbus Helicopters Simulation Center Address: Sultan Abdul Aziz Shah Airport 47200 Subang Selangor Malaysia | Name: Airbus Helicopters Simulation Center Phone: - 60378487600 Fax: - Email: - | Trade | Liquidated | | $286,735 |
| 25 | Name: Euroavionics Navigations System GMB Address: Karlsruher Strasse 91 DE-75179 Pforzheim Germany | Name: Euroavionics Navigations System GMB Phone: - 00497231586780 Fax: - Email: - | Trade | Liquidated | | $259,696 |
| 26 | Name: Sikorsky Helitech - Australia Address: PO Box 1374 Eagle Farm QLD 4009 Australia | Name: Sikorsky Helitech - Australia Phone: - (07)36327000 Fax: - Email: - | Trade | Liquidated | | $229,694 |
| 27 | Name: Composite Technology Inc. USA Address: 1727 South Main Street Grapevine TX 75261 USA | Name: Composite Technology Inc. USA Phone: - 0019724566900 Fax: - Email: - | Trade | Liquidated | | $209,014 |
| 28 | Name: DJ Composites Inc. Address: 1 C.L. Dobbin Road Gander Newfoundland & Labrador A1V 2V3 Canada | Name: DJ Composites Inc Phone: - 709-256-6111 Fax: - Email: - | Trade | Liquidated | | $201,219 |
| 29 | Name: Matha Janthorn Co. Ltd. Address: 779 Soi Rajchada 18 Rajchadapisek Rd Huey Kwang Bangkok 10310 Thailand | Name: Matha Janthorn Co. Ltd Phone: - 02 692 6229 Fax: - 02 692 5005 Email: - | Services | Liquidated | | $199,702 |
| 30 | Name: Honeywell International, Phoenix Address: 21111N. 19th Ave. Phoenix AZ 85027-2708 USA | Name: Honeywell International, Phoenix Phone: - 0016024366184 Fax: - Email: - | Trade | Liquidated | | $175,607 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name __CHC Group Ltd.__

United States Bankruptcy Court for the: __Northern__      District of __Texas__
(State)

Case number (If known): _____

<u>Official Form 202</u>
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/05/2016__          ×  __/s/ Robert A. Del Genio__
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         __Robert A. Del Genio__
                                         Printed name

                                         __Chief Restructuring Officer__
                                         Position or relationship to debtor

Stephen A. Youngman (22226600)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Gary Holtzer (*pro hac vice* pending)
Kelly DiBlasi (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

------------------------------------------------------------ x
          :
*In re:*          :     **Chapter 11**
          :
**CHC GROUP LTD.** *et al.,*   :     **Case No. 16– _____ (      )**
          :
          :
  **Debtors.**        :     **(Joint Administration Requested)**
          :
------------------------------------------------------------ x

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership

interests in CHC Group Ltd. ("**CHC Parent**") and its above-captioned debtor affiliates (the

"**Non-Parent Debtors**"), as debtors and debtors in possession (collectively, the "**Debtors**").[1]

CHC Parent, on behalf of itself and the Non-Parent Debtors, respectfully represent as follows:

- Each Debtor identified on **Exhibit A** is 100% owned by its direct parent unless otherwise
  noted.

- CHC Parent is the ultimate parent company of each of the Non-Parent Debtors, and
  directly or indirectly owns a 100% equity interest in each of the Non-Parent Debtors.

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, where applicable, is attached hereto as **Exhibit B**.

- CHC Parent's equity securities are publicly held.  Clayton Dubilier & Rice, LLC controls 100% of the convertible preferred shares in CHC Parent, representing approximately 49.9% voting stock on an as-converted basis.  First Reserve Management, L.P. controls approximately 56.2% of the ordinary shares in CHC Parent, representing approximately 27.3% voting stock on an as-converted basis.

## <u>Exhibit A</u>

**Organizational Chart**



## Exhibit B

### Debtors

| Debtor | Last Four Digits of Federal Tax I.D. No. | Debtor | Last Four Digits of Federal Tax I.D. No. |
|---|---|---|---|
| CHC Group Ltd. | 7405 | CHC Hoofddorp B.V. | 2413 |
| 6922767 Holding SARL | 8004 | CHC Leasing (Ireland) Limited | 8230 |
| Capital Aviation Services B.V. | 2415 | CHC Netherlands B.V. | 2409 |
| CHC Cayman ABL Borrower Ltd. | 5051 | CHC Norway Acquisition Co AS | 6777 |
| CHC Cayman ABL Holdings Ltd. | 4835 | Heli-One (Netherlands) B.V. | 2414 |
| CHC Cayman Investments I Ltd. | 8558 | Heli-One (Norway) AS | 2437 |
| CHC Den Helder B.V. | 2455 | Heli-One (U.S.) Inc. | 9617 |
| CHC Global Operations (2008) ULC | 7214 | Heli-One (UK) Limited | 2451 |
| CHC Global Operations Canada (2008) ULC | 6979 | Heli-One Canada ULC | 8735 |
| CHC Global Operations International ULC | 8751 | Heli-One Holdings (UK) Limited | 6780 |
| CHC Helicopter (1) S.à r.l. | 8914 | Heli-One Leasing (Norway) AS | 2441 |
| CHC Helicopter (2) S.à r.l. | 9088 | Heli-One Leasing ULC | N/A |
| CHC Helicopter (3) S.à r.l. | 9297 | Heli-One USA Inc. | 3691 |
| CHC Helicopter (4) S.à r.l. | 9655 | Heliworld Leasing Limited | 2464 |
| CHC Helicopter (5) S.à r.l. | 9897 | Integra Leasing AS | 2439 |
| CHC Helicopter Australia Pty Ltd | 2402 | Lloyd Bass Strait Helicopters Pty. Ltd. | 2398 |
| CHC Helicopter Holding S.à r.l. | 0907 | Lloyd Helicopter Services Limited | 6781 |
| CHC Helicopter S.A. | 6821 | Lloyd Helicopter Services Pty. Ltd. | 2394 |
| CHC Helicopters (Barbados) Limited | 7985 | Lloyd Helicopters International Pty. Ltd. | 2400 |
| CHC Helicopters (Barbados) SRL | N/A | Lloyd Helicopters Pty. Ltd. | 2393 |
| CHC Holding (UK) Limited | 2198 | Management Aviation Limited | 2135 |
| CHC Holding NL B.V. | 6801 | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name __CHC Group Ltd.__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
                                                   (State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ *Other document that requires a declaration* __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/05/2016__     × __/s/ Robert A. Del Genio__
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     __Robert A. Del Genio__
                                       Printed name
                                       __Chief Restructuring Officer__
                                       Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
------------------------------------------------------------ x
                                         :
In re:                                   :        Chapter 11
                                         :
CHC GROUP LTD. et al.,                   :        Case No. 16– _____ (      )
                                         :
                                         :
   Debtors.                              :        (Joint Administration Requested)
                                         :
------------------------------------------------------------ x
```

**DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION**

**PART I - DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the Chapter of Title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition to be filed electronically in this case and I hereby declare under penalty of perjury that the information provided therein, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition has been filed electronically.

☐   *[Check only if Chapter 7 individual debtor(s) whose debts are primarily consumer debts]*
I am an individual whose debts are primarily consumer debts and who has chosen to file under Chapter 7. I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each Chapter, and choose to proceed under Chapter 7.

☑   *[Check only if debtor is a corporation, partnership or limited liability company]*
I hereby further declare under penalty of perjury that I have been authorized to file the petition on behalf of the debtor in this case.

Date: <u>05/05/2016</u>          <u>/s/ Robert A. Del Genio</u>          _____
                              Debtor                        Joint Debtor

*(Revised 1/15/14)*

**PART II - DECLARATION OF ATTORNEY:**

      I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.


Date: <u>05/05/2016</u>    <u>/s/ Stephen A. Youngman</u>
                       Attorney for Debtor

*(Revised 1/15/14)*