Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-8967

Erin Marie Schmidt,
Trial Attorney

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CHC GROUP LTD., *et al*, | § | Case No. 16-31854 |
| | § | |
| Debtor(s)-in-Possession. | § | (Jointly Administered) |

### Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

#### Interim Chair

Global Helicopters Pilots Association
c/o Luke Yosca, VP
2065 Winners Circle
Cantonment, FL  32533
lukeyosca@ghpa.ca

#### Members

Airbus Helicopters (SAS)
c/o Kevin Cabeniss
Airbus Helicoptors, Inc.
2701 Forum Drive
Grand Prairie, TX 75052
972-641-3550
Kevin.Cabeniss@airbus.com

The Milestone Aviation Group Limited
c/o Kelli Walsh
G.E. Capital Aviation Services
901 Main Avenue
Norwalk, CT 06851
203-842-5223
Kelli.walsh@gecas.com

Law Debenture Trust Company
c/o Frank Godino
400 Madison Avenue, Ste. 4D
New York, NY  10017
646-747-1251
212-750-1361 – fax
Frank.godino@lawdeb.com


Sikorsky Commercial, Inc.
c/o Brian Pelan
6 Corporate Drive
Shelton, CT  06484
203-402-0252
brian.pelan@sikorsky.com

DATED:       May 13, 2016                Respectfully submitted,

                                         WILLIAM T. NEARY
                                         UNITED STATES TRUSTEE

                                         */s/ Erin Marie Schmidt*
                                         Erin Marie Schmidt
                                         Texas State Bar No. 24033042
                                         Office of the United States Trustee
                                         1100 Commerce St.  Room 976
                                         Dallas, TX  75242
                                         214-767-1075
                                         Erin.Schmidt2@usdoj.gov