



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 2, 2017**

_____

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

--------------------------------------------------------- x
        :

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **CHC GROUP LTD.** *et al.,* | : | **Case No. 16–31854 (BJH)** |
| | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------- x

**ORDER GRANTING APPLICATION OF GREENHILL & CO. FOR ALLOWANCE OF
INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS DURING THE SECOND INTERIM PERIOD**

Upon consideration of the *Second Interim Fee and Expense Application of Greenhill & Co., LLC For Allowance of Compensation Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured creditors for the Period September 1, 2016 Through November 30, 2016* [Docket No. 1494] (the "**Application**"), pursuant to sections 105(a), 328, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local

Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas and the Guidelines For Compensation and Expense Reimbursement of Professionals in Chapter 11 Cases located in Appendix F thereto, and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1* [Docket No. 291] (the "**Interim Compensation Order**"), for approval, allowance, and payment of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred during the period commencing September 1, 2016 through and including November 30, 2016; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to (i) the United States Trustee, 1100 Commerce St., Room 976, Dallas, Texas 75242 (Attn: Meredyth Kippes and Lisa Lambert)and (ii) counsel to the Debtors, 200 Crescent Court, Suite 300, Dallas, Texas, 75201 (Attn: Stephen A. Youngman); 767 Fifth Avenue, New York, New York 10153 (Attn: Gary T. Holtzer & Kelly DiBlasi); and it appearing that no other or further notice need be provided; and a hearing having been held to consider the Application (the "**Hearing**"); and upon the appearances of all interested parties having been noted in the record of the Hearing; and upon the record of the Hearing and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application is granted to the extent set forth on "**Schedule 1**."

2. The fees for professional services rendered during the time periods set forth in the Application are allowed in the amounts set forth on **Schedule 1** in the column entitled "Fees Allowed" pursuant to section 331 of the Bankruptcy Code and are subject to final approval under section 330 of the Bankruptcy Code.

3. The reimbursement for expenses incurred during the time period set forth in the Application is allowed in the amounts set forth on **Schedule 1** in the column entitled "Expenses Allowed."

4. The Debtors are authorized and directed to pay the "Fees Allowed," inclusive of any applicable holdback, and the "Expenses Allowed" to the respective Professionals in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise.

5. Nothing in this Order shall prejudice or be deemed or construed as a waiver of any party's right to object to a final fee application filed with the Court in accordance with the Bankruptcy Code on any ground regardless of whether the party objected to a monthly statement or interim fee application and this Order shall be without prejudice to any position any party may take with respect to any future fee application in this case.

## Schedule 1

### CURRENT FEE PERIOD

| Application | Fee Period | Fees Requested | Fees Allowed | Expenses Requested | Expenses Allowed |
|---|---|---|---|---|---|
| *Second Interim Fee and Expense Application of Greenhill & Co., LLC For Allowance of Compensation Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured creditors for the Period September 1, 2016 Through November 30, 2016* [Docket No. 1494] | September 1, 2016 through and including November 30, 2016 | $375,000.00 | $375,000.00 | $5,247.40 | $4,309.40[1] |

### ###END OF ORDER###

Prepared and Submitted By:

*/s/ Mark C. Moore*
Marcus A. Helt (TX 4052187)
Mark C. Moore (TX 24074751)
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@gardere.com
mmoore@gardere.com

-and-

Douglas H. Mannal (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
dmannal@kramerlevin.com
ayerramalli@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] At the hearing conducted on April 25, 2017, Greenhill proposed and accepted a voluntary reduction of $938.00 in expenses.

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 16-31854-bjh
CHC Group Ltd.                                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3          User: dmoroles          Page 1 of 6          Date Rcvd: May 02, 2017
                             Form ID: pdf012          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
aty            +Douglas H. Mannal,   Kramer Levin Naftalis & Frankel LLP,   1177 Avenue of the Americas,
                New York, NY 10036-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
          Annmarie Antoniette Chiarello    on behalf of Interested Party   Morgan Stanley Senior Funding,
           Inc., as Administrative Agent achiarello@winstead.com
          Brian J. Smith    on behalf of Creditor    BNP Paribas S.A. brian.smith@hklaw.com,
           robert.jones@hklaw.com;brent.mcilwain@hklaw.com
          Brian J. Smith    on behalf of Creditor     Parilease S.A.S. brian.smith@hklaw.com,
           robert.jones@hklaw.com;brent.mcilwain@hklaw.com
          Brian P. Hall   on behalf of Interested Party    Smith, Gambrill & Russell, LLP bhall@sgrlaw.com
          Brian P. Hall    on behalf of Creditor   Airbus Helicopters (SAS) bhall@sgrlaw.com
          Bruce  Bennett   on behalf of Creditor   Angelo, Gordon & Co. bbennett@jonesday.com
          Bruce  Bennett   on behalf of Creditor   Cross Ocean Partners bbennett@jonesday.com
          Carole  Neville   on behalf of Creditor   Element Capital Corp. carole.neville@dentons.com
          Cassandra Ann Shoemaker   on behalf of Creditor    TURBOMECA USA cassandra.shoemaker@tklaw.com,
           dannette.johnson@tklaw.com;tj.crittendon@tklaw.com;Shannon.Savage@tklaw.com
          Christopher R. Belmonte   on behalf of Interested Party   Moody's Investors Service, Inc.
           cbelmonte@ssbb.com
          Clarke Viron Rogers    on behalf of Interested Party    Lobo Leasing SPV A Limited
           crogers@forsheyprostok.com,   calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com
          Conrad K. Chiu    on behalf of Creditor    Pryor Cashman LLP cchiu@pryorcashman.com
          Daniel Joseph Carragher   on behalf of Creditor    Pratt & Whitney Canada Corp.
           djcarragher@daypitney.com,   djcarragher@ecf.inforuptcy.com
          Daniel Joseph Carragher    on behalf of Creditor    Pratt & Whitney Component Solutions
           djcarragher@daypitney.com,   djcarragher@ecf.inforuptcy.com
          Daniel Joseph Carragher   on behalf of Creditor    Helicopter Support, Inc. d/b/a Sikorsky
           Commercial, Inc. djcarragher@daypitney.com,   djcarragher@ecf.inforuptcy.com
          Daniel K. Bearden, Jr.   on behalf of Creditor    Carrollton-Farmers Branch ISD
           bearden@txschoollaw.com,   coston@txschoollaw.com
          Darryl S. Laddin   on behalf of Interested Party   JAS Forwarding (USA), Inc. bkrfilings@agg.com
          Douglas J. Lipke   on behalf of Creditor    LCI Helicopters (Ireland) Limited
           dlipke@vedderprice.com,   legalowb@cdw.com;dmangan@vedderprice.com;schen@vedderprice.com
          Douglas J. Lipke   on behalf of Creditor    Export Development Canada dlipke@vedderprice.com,
           legalowb@cdw.com;dmangan@vedderprice.com;schen@vedderprice.com
          Douglas J. Lipke   on behalf of Creditor    Macquarie Rotarcraft Leasing (Ireland), Ltd.
           dlipke@vedderprice.com,   legalowb@cdw.com;dmangan@vedderprice.com;schen@vedderprice.com
          Douglas James Buncher   on behalf of Creditor    Ad Hoc Consortium of Holders of 9.375% Senior
           Unsecured Notes Due 2021 dbuncher@neliganlaw.com,   rclark@neliganlaw.com
          Duston K. McFaul   on behalf of Creditor    GE Capital Equipment Finance Ltd. and its affiliates
           dmcfaul@sidley.com,
           txefilingnotice@sidley.com;efilingnotice@sidley.com;mgburke@sidley.com;apropps@sidley.com;asoler@
           sidley.com;thomas.mack@sidley.com;emcdonnell@sidley.com

District/off: 0539-3          User: dmoroles          Page 2 of 6          Date Rcvd: May 02, 2017
                             Form ID: pdf012          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Duston K. McFaul    on behalf of Creditor    GE Capital Aviation Services LLC and its affiliates
               dmcfaul@sidley.com,
               txefilingnotice@sidley.com;efilingnotice@sidley.com;mgburke@sidley.com;apropps@sidley.com;asoler@
               sidley.com;thomas.mack@sidley.com;emcdonnell@sidley.com
              Duston K. McFaul    on behalf of Creditor    The Milestone Aviation Group Limited and its
               affiliates dmcfaul@sidley.com,
               txefilingnotice@sidley.com;efilingnotice@sidley.com;mgburke@sidley.com;apropps@sidley.com;asoler@
               sidley.com;thomas.mack@sidley.com;emcdonnell@sidley.com
              Elizabeth Banda Calvo    on behalf of Creditor    Dallas County Utiltity & Reclamation District
               rgleason@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Nicolle Boydston    on behalf of Creditor    HSBC Bank plc, as Administrative Agent for
               RCF Secured Lenders liz.boydston@nortonrosefulbright.com
              Erin Marie Schmidt    on behalf of U.S. Trustee    United States Trustee
               ustpregion06.da.ecf@usdoj.gov,  erin.schmidt2@usdoj.gov
              Gardere Wynne Sewell LLP    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors of CHC Group Ltd.
              George H. Barber    on behalf of Creditor    ECN Capital (Aviation) Corp. gbarber@krcl.com,
               ecf@krcl.com;gbarber@ecf.courtdrive.com
              George H. Barber    on behalf of Plaintiff    ECN Capital (Aviation) Corp. gbarber@krcl.com,
               ecf@krcl.com;gbarber@ecf.courtdrive.com
              Glenn E. Siegel    on behalf of Creditor    Bank of New York Mellon glenn.siegel@morganlewis.com
              Gregory Michael Wilkes    on behalf of Creditor    HSBC Bank plc, as Administrative Agent for RCF
               Secured Lenders greg.wilkes@nortonrosefulbright.com
              Heather H. Jobe    on behalf of Creditor    Airbus Helicopters (SAS) heatherj@bellnunnally.com,
               sruvalcaba@bellnunnally.com
              Ian T. Peck    on behalf of Creditor    Waypoint Leasing (Ireland) Limited and its affiliates
               ian.peck@haynesboone.com,  kim.morzak@haynesboone.com
              J. Michael Sutherland    on behalf of Creditor    Helicopter Support, Inc. d/b/a Sikorsky
               Commercial, Inc. msutherland@ccsb.com,  lsparks@ccsb.com
              J. Michael Sutherland    on behalf of Creditor    Pratt & Whitney Canada Corp. msutherland@ccsb.com,
               lsparks@ccsb.com
              James Tillman Grogan    on behalf of Interested Party    Morgan Stanley Senior Funding, Inc., as
               Administrative Agent jamesgrogan@paulhastings.com,
               andrewtenzer@paulhastings.com;leslieplaskon@paulhastings.com;michaelcomerford@paulhastings.com;do
               uglassbarron@paulhastings.com;jamesworthington@paulhastings.com
              Jasmine Ball    on behalf of Debtor    CHC Group Ltd. jball@debevoise.com,
               amcdermott@debevoise.com;mao-ecf@debevoise.com;eworenklein@debevoise.com
              Jason B. Binford    on behalf of Creditor    ECN Capital (Aviation) Corp. jbinford@gardere.com,
               jcharrison@gardere.com
              Jason B. Binford    on behalf of Defendant    Ironshore Specialty Insurance Company
               jbinford@gardere.com,  jcharrison@gardere.com
              Jason Michael Katz    on behalf of Defendant    Airbus Helicopters (SAS) jkatz@hhdulaw.com,
               wmartinez@hhdulaw.com
              Jason Michael Katz    on behalf of Creditor    Airbus Helicopters (SAS) jkatz@hhdulaw.com,
               wmartinez@hhdulaw.com
              Jeff P. Prostok    on behalf of Interested Party    Lobo Leasing SPV A Limited
               jpp@forsheyprostok.com,
               lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;jprostok@forsheyprostok.com;mmaben@fors
               heyprostok.com
              Jeffery D. Hermann    on behalf of Creditor    ECN Capital (Aviation) Corp. jhermann@orrick.com,
               nymao@orrick.com
              Jeffery D. Hermann    on behalf of Creditor    Element Capital Corp. jhermann@orrick.com,
               nymao@orrick.com
              Jeffery D. Hermann    on behalf of Creditor    Element Financial Corporation jhermann@orrick.com,
               nymao@orrick.com
              Jennifer C. DeMarco    on behalf of Creditor    Lombard North Central PLC
               jennifer.demarco@cliffordchance.com
              Jessica F. Van Nieuwenhoven    on behalf of Creditor    Era Leasing LLC JVannieuwenhoven@milbank.com
              Jillian Rae Harris    on behalf of Creditor    Bank of New York Mellon
               jillian.harris@morganlewis.com,  Joshua.dorchak@morganlewis.com
              John Mark Chevallier    on behalf of Creditor    Export Development Canada mchevallier@mcslaw.com
              John Mark Chevallier    on behalf of Creditor    Macquarie Rotarcraft Leasing (Ireland), Ltd.
               mchevallier@mcslaw.com
              John Mark Chevallier    on behalf of Creditor    LCI Helicopters (Ireland) Limited
               mchevallier@mcslaw.com
              John Mark Chevallier    on behalf of Creditor    Lombard North Central PLC mchevallier@mcslaw.com
              John Mark Chevallier    on behalf of Creditor    HSFUOne Limited mchevallier@mcslaw.com
              Jolene M. Wise    on behalf of Interested Party    United States Securities & Exchange Commission
               wisej@sec.gov
              Justin Ryan Opitz    on behalf of Creditor    Precision Heliparts, Inc. jopitz@mcguirewoods.com,
               dstrittmatter@mcguirewoods.com
              Karl Burrer    on behalf of Creditor    Omni Taxi Aereo S.A burrerk@gtlaw.com,  jamrokg@gtlaw.com
              Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (4) LLC ken.coleman@allenovery.com
              Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (5) LLC ken.coleman@allenovery.com
              Ken P. Coleman    on behalf of Creditor    HSBC France S.A. ken.coleman@allenovery.com
              Ken P. Coleman    on behalf of Creditor    Parilease S.A.S. ken.coleman@allenovery.com
              Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (2) LLC ken.coleman@allenovery.com
              Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (6) LLC ken.coleman@allenovery.com

District/off: 0539-3          User: dmoroles          Page 3 of 6          Date Rcvd: May 02, 2017
                             Form ID: pdf012          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ken P. Coleman    on behalf of Creditor    BNP Paribas S.A. ken.coleman@allenovery.com
          Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (1) LLC ken.coleman@allenovery.com
          Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (3) LLC ken.coleman@allenovery.com
          Ken P. Coleman    on behalf of Creditor    Leonardo Helicopter (7) LLC ken.coleman@allenovery.com
          Kenneth Eric Noble    on behalf of Creditor    BNP Paribas S.A. kenneth.noble@hklaw.com,
           edward.fitzgerald@hklaw.com
          Kenneth Eric Noble    on behalf of Creditor    Parilease S.A.S. kenneth.noble@hklaw.com,
           edward.fitzgerald@hklaw.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (4) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (5) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    BNP Paribas S.A. klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    HSBC France S.A. klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (1) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (7) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (6) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (2) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Parilease S.A.S. klippman@munsch.com,
           pmoore@munsch.com
          Kevin M. Lippman    on behalf of Creditor    Leonardo Helicopter (3) LLC klippman@munsch.com,
           pmoore@munsch.com
          Kristian W. Gluck    on behalf of Creditor    ANZ National Bank Limited
           kristian.gluck@nortonrosefulbright.com
          Kurtzman Carson Consultants LLC    ecfpleadings@kccllc.com
          Laura D. Metzger    on behalf of Creditor    Element Financial Corporation lmetzger@orrick.com
          Laurie A. Spindler    on behalf of Creditor    Dallas County Laurie.Spindler@lgbs.com,
           evelyn.palmer@lgbs.com
          Leslie A. Plaskon    on behalf of Interested Party    Morgan Stanley Senior Funding, Inc., as
           Administrative Agent leslieplaskon@paulhastings.com
          Louis R. Strubeck, Jr.    on behalf of Creditor    HSBC Bank plc, as Administrative Agent for RCF
           Secured Lenders louis.strubeck@nortonrosefulbright.com
          Lynne B. Xerras    on behalf of Creditor    BNP Paribas S.A. lynne.xerras@hklaw.com
          Lynne B. Xerras    on behalf of Creditor    Parilease S.A.S. lynne.xerras@hklaw.com
          Marc L. Antonecchia    on behalf of Creditor    BNP Paribas S.A. marc.antonecchia@hklaw.com
          Marc L. Antonecchia    on behalf of Creditor    Parilease S.A.S. marc.antonecchia@hklaw.com
          Marcus Alan Helt    on behalf of Attorney    Gardere Wynne Sewell LLP mhelt@gardere.com,
           acordero@gardere.com;chernandez@gardere.com
          Marcus Alan Helt    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
           CHC Group Ltd. mhelt@gardere.com,  acordero@gardere.com;chernandez@gardere.com
          Mark A. Platt    on behalf of Creditor    Precision Aviation Group, Inc. d/b/a Precision
           Accessories & Instruments mplatt@foxrothschild.com
          Mark C. Moore    on behalf of Financial Advisor    VLC Associates, Ltd mmoore@gardere.com,
           sbrown@gardere.com;chernandez@gardere.com
          Mark C. Moore    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
           CHC Group Ltd. mmoore@gardere.com,  sbrown@gardere.com;chernandez@gardere.com
          Mark C. Moore    on behalf of Attorney    Kramer Levin Naftalis & Frankel LLP mmoore@gardere.com,
           sbrown@gardere.com;chernandez@gardere.com
          Mark C. Moore    on behalf of Other Professional    Greenhill & Co, LLC mmoore@gardere.com,
           sbrown@gardere.com;chernandez@gardere.com
          Mark C. Moore    on behalf of Attorney    Gardere Wynne Sewell LLP mmoore@gardere.com,
           sbrown@gardere.com;chernandez@gardere.com
          Martin Flumenbaum    on behalf of Creditor    ECN Capital (Aviation) Corp.
           mflumenbaum@paulweiss.com,  mao_fednational@paulweiss.com
          Martin Flumenbaum    on behalf of Plaintiff    ECN Capital (Aviation) Corp.
           mflumenbaum@paulweiss.com,  mao_fednational@paulweiss.com
          Marty L. Brimmage, Jr.    on behalf of Creditor    Ad Hoc Noteholder Group mbrimmage@akingump.com,
           lmonreal@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com
          Mary Elizabeth Heard    on behalf of Creditor    Ad Hoc Noteholder Group
           meheard@legalcounseltexas.com,  bill@legalcounseltexas.com
          Matthew T. Nickel    on behalf of Creditor    Element Financial Corporation matt.nickel@dentons.com,
           carolyn.taylor@dentons.com;DOCKET.GENERAL.LIT.DAL@dentons.com
          Matthew T. Nickel    on behalf of Creditor    Element Capital Corp. matt.nickel@dentons.com,
           carolyn.taylor@dentons.com;DOCKET.GENERAL.LIT.DAL@dentons.com
          Matthew Thomas Ferris    on behalf of Creditor    Waypoint Leasing (Ireland) Limited and its
           affiliates matt.ferris@haynesboone.com,
           kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com
          Meredyth Kippes    on behalf of U.S. Trustee    United States Trustee meredyth.a.kippes@usdoj.gov
          Michael Schneidereit    on behalf of Creditor    Cross Ocean Partners mschneidereit@jonesday.com
          Michael Schneidereit    on behalf of Creditor    Angelo, Gordon & Co. mschneidereit@jonesday.com
          Michael G. Burke    on behalf of Creditor    GE Capital Equipment Finance Ltd. and its affiliates
           mgburke@sidley.com,  apropps@sidley.com;emcdonnell@sidley.com

```
District/off: 0539-3          User: dmoroles          Page 4 of 6              Date Rcvd: May 02, 2017
                              Form ID: pdf012         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael G. Burke   on behalf of Creditor   GE Capital Aviation Services LLC and its affiliates
           mgburke@sidley.com,  apropps@sidley.com;emcdonnell@sidley.com
          Michael G. Burke   on behalf of Creditor   The Milestone Aviation Group Limited and its
           affiliates mgburke@sidley.com,  apropps@sidley.com;emcdonnell@sidley.com
          Michael J. Edelman   on behalf of Creditor   HSFUOne Limited mjedelman@vedderprice.com
          Michael J. Edelman   on behalf of Creditor   Sandycove Aviation Limited mjedelman@vedderprice.com
          Michael J. Edelman   on behalf of Creditor   LCI Helicopters (Ireland) Limited
           mjedelman@vedderprice.com
          Michael J. Edelman   on behalf of Creditor   Macquarie Rotarcraft Leasing (Ireland), Ltd.
           mjedelman@vedderprice.com
          Michael J. Edelman   on behalf of Creditor   Export Development Canada mjedelman@vedderprice.com
          Michelle E. Shriro   on behalf of Creditor Mark, Executor   Dobbin mshriro@singerlevick.com,
           scotton@singerlevick.com;croote@singerlevick.com
          Michelle V. Larson   on behalf of Creditor   KLS Diversified Asset Management LP
           michellelarson@andrewskurth.com,  carolynperkins@andrewskurth.com
          Monica Susan Blacker   on behalf of Creditor   Sparebank 1 SR-Finans AS mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica Susan Blacker   on behalf of Plaintiff   Sparebanken Finans Nord-Norge AS mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica Susan Blacker   on behalf of Creditor   Sparebanken Finans Nord-Norge AS mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica Susan Blacker   on behalf of Plaintiff   Sparebank 1 SR-Finans AS mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Neil J. Orleans   on behalf of Creditor   Aviall Services, Inc. Neil.orleans@judithwross.com
          Phillip L. Lamberson   on behalf of Interested Party   Morgan Stanley Senior Funding, Inc., as
           Administrative Agent plamberson@winstead.com
          Raniero D'Aversa, Jr.   on behalf of Creditor   Element Financial Corporation rdaversa@orrick.com
          Richard F. Hahn   on behalf of Debtor   CHC Group Ltd. rfhahn@debevoise.com
          Richard J. Bernard   on behalf of Creditor   Oerlikon Metco (US) Inc. rbernard@foley.com
          Robert Dew Albergotti   on behalf of Creditor   Waypoint Leasing (Ireland) Limited and its
           affiliates robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com
          Robert Jeffery Black   on behalf of Creditor   ANZ National Bank Limited
           jeffery.black@nortonrosefulbright.com
          Robert Jeffery Black   on behalf of Creditor   ANZ Leasing (Vic) Pty. Ltd
           jeffery.black@nortonrosefulbright.com
          Robert N. LeMay   on behalf of Plaintiff   ECN Capital (Aviation) Corp. rlemay@krcl.com
          Sabrina Lynn Streusand   on behalf of Creditor   Oracle America, Inc. streusand@slollp.com,
           prentice@slollp.com
          Scott Greenberg   on behalf of Creditor   Cross Ocean Partners sgreenberg@jonesday.com
          Scott Greenberg   on behalf of Creditor   Angelo, Gordon & Co. sgreenberg@jonesday.com
          Sharon L. Levine   on behalf of Creditor   Global Helicopter Pilots Association slevine@saul.com,
           mdisabatino@saul.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sidney P. Levinson   on behalf of Creditor   Cross Ocean Partners slevinson@jonesday.com
          Sidney P. Levinson   on behalf of Creditor   Angelo, Gordon & Co. slevinson@jonesday.com
          Stephen A. Youngman   on behalf of Debtor   CHC Holding (UK) Limited stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   Lloyd Helicopter Services Limited
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   CHC Den Helder B.V. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One USA Inc.
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   CHC Global Operations (2008) ULC
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   Management Aviation Limited
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   CHC Cayman Investments I Ltd.
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   Heliworld Leasing Limited
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   Lloyd Helicopter Services Limited
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   CHC Norway Acquisition Co AS
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   Lloyd Helicopter Services Pty. Ltd.
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Debtor   Lloyd Bass Strait Helicopters Pty. Ltd.
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopters (Barbados) SRL
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   CHC Global Operations (2008) ULC
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   CHC Norway Acquisition Co AS
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman   on behalf of Consolidated debtor   CHC Global Operations Canada (2008) ULC
           stephen.youngman@weil.com,  Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com

District/off: 0539-3          User: dmoroles          Page 5 of 6          Date Rcvd: May 02, 2017
                             Form ID: pdf012         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopter (1) S.a.r.l
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Defendant   Heli-One Leasing (Norway) AS
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Defendant   CHC Helicopter S.A. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Holding NL B.V. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Lloyd Helicopter Services Pty. Ltd.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Leasing (Ireland) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Integra Leasing AS stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Helicopters (Barbados) SRL
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Cayman ABL Holdings Ltd.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One (Netherlands) B.V.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Lloyd Helicopters Pty. Ltd. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopters (Barbados) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopter S.A.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Capital Aviation Services B.V.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Helicopters (Barbados) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Management Aviation Limited stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Global Operations Canada (2008) ULC
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heliworld Leasing Limited stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heli-One Canada ULC stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopter (3) S.a.r.l.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heli-One (U.S.) Inc. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One Leasing ULC
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Holding (UK) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heli-One Holdings (UK) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Helicopter (2) S.a.r.l. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Hoofddorp B.V.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One (UK) Limited
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One (Norway) AS
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Heli-One Canada ULC
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Cayman ABL Borrower Ltd.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Netherlands B.V. stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Den Helder B.V.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heli-One (Norway) AS stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   Heli-One Leasing ULC stephen.youngman@weil.com,
 Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Debtor   CHC Global Operations International ULC
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   Lloyd Helicopters International Pty.
 Ltd. stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopter (2) S.a.r.l.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Holding NL B.V.
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
Stephen A. Youngman   on behalf of Consolidated debtor   CHC Helicopter Australia Pty. Ltd
 stephen.youngman@weil.com,   Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com

District/off: 0539-3          User: dmoroles          Page 6 of 6               Date Rcvd: May 02, 2017
                             Form ID: pdf012          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter (1) S.a.r.l stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Heli-One Holdings (UK) Limited
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Netherlands B.V.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter S.A. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    Heli-One (Netherlands) B.V. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Cayman ABL Holdings Ltd.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter (3) S.a.r.l. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Lloyd Bass Strait Helicopters Pty. Ltd.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter (4) S.a.r.l. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    Lloyd Helicopters International Pty. Ltd.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Helicopter Holding S.a.r.l.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Helicopter (5) S.a.r.l.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Heli-One Leasing (Norway) AS
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    6922767 Holding SARL
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    Heli-One USA Inc. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Group Ltd. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter Australia Pty. Ltd
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Helicopter (4) S.a.r.l.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Hoofddorp B.V. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Global Operations International ULC
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Heli-One (U.S.) Inc.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    6922767 Holding SARL stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Integra Leasing AS
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter (5) S.a.r.l. stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    Capital Aviation Services B.V.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    Heli-One (UK) Limited stephen.youngman@weil.com,
           Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    Heli-One Leasing (Norway) AS
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Consolidated debtor    CHC Cayman ABL Borrower Ltd.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen A. Youngman    on behalf of Debtor    CHC Helicopter Holding S.a.r.l.
           stephen.youngman@weil.com,    Kelly.DiBlasi@weil.com;Kevin.Bostel@weil.com
          Stephen D. Lerner    on behalf of Creditor    0921528 BC Ltd. stephen.lerner@squirepb.com
          Steven A. Rossum    on behalf of Interested Party    Smith, Gambrill & Russell, LLP
           srossum@sgrlaw.com
          Steven A. Rossum    on behalf of Creditor    Airbus Helicopters (SAS) srossum@sgrlaw.com
          Steven B. Levine    on behalf of Creditor    Ad Hoc Consortium of Holders of 9.375% Senior
           Unsecured Notes Due 2021 slevine@brownrudnick.com
          Susan B. Hersh    on behalf of Creditor    Era Leasing LLC susan@susanbhershpc.com,
           assistant@susanbhershpc.com
          Sylvia Mayer    on behalf of Creditor    TLC SA Transportation and Logistic Consulting
           smayer@smayerlaw.com
          Thomas Daniel Berghman    on behalf of Creditor    BNP Paribas S.A. tberghman@munsch.com
          Thomas Daniel Berghman    on behalf of Creditor    HSBC France S.A. tberghman@munsch.com
          Travis A. McRoberts    on behalf of Creditor    0921528 BC Ltd. tmcroberts@akingump.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov
          Weiting Hsu    on behalf of Interested Party    Morgan Stanley Senior Funding, Inc., as
           Administrative Agent whsu@winstead.com,    hsuweiting@alumni.utexas.net
          Wilbur F. Foster    on behalf of Creditor    Era Leasing LLC WFoster@milbank.com
                                                                              TOTAL: 233